## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

SHANE ALAN BUTGEREIT                                                                                    PLAINTIFF

V.                                            NO: 1:09CV00048 JMM

MARK JOHNSON *et al.*                                                                               DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 5th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE